TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00423-CR

Ricardo Aguilar, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT

NO. 41,143, HONORABLE JOE CARROLL, JUDGE PRESIDING

PER CURIAM

 This is an appeal from the judgment of conviction for burglary of habitation with intent to
commit aggravated assault. Appellant has filed a motion to withdraw the appeal. No decision of this Court
has been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 42.2(a).

Before Justices Powers, Aboussie and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: September 11, 1997

Do Not Publish